DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SAHAR RIZK,

Appellant,

v.

EMAD SADIK,

Appellee.

No. 2D20-520

————————————————

September 1, 2021

Appeal from the Circuit Court for Pasco County; David R. Ellis, Judge.

Michael R. Warren of Warren Law Firm, St. Petersburg, for Appellant.

Mark A. Neumaier, Tampa, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, C.J., and SILBERMAN and LaROSE, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.